AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 0 6 2015

Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. M-15-0722-M |
| GONZALEZ-Reyes, Alejandro | ) |
| YOB: 1987 | ) |
| POB: MX | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **5/5/2015** in the county of **Hidalgo** in the **SOUTHERN** District of **TEXAS**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 150 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On May 5, 2015, at approximately 11:30 p.m., United States Border Patrol Air Operations Unit in the Rio Grande City area advised ground agents that they had visual of several subjects on bicycles, heading north away from the river, that appeared to be carrying bundles. As Border Patrol ground agents responded to the area reported, Air Ops advised that the subjects had dropped their bikes and absconded into the brush with the bundles. Ground agents arrived in the area, located two (2) bundles in the brush, Alejandro GONZALEZ-Reyes near the bundles, and two more bundles approximately fifty (50) yards away from GONZALEZ-Reyes.  (Continued on Attachment I)

☑ Continued on the attached sheet.

OK to file. TSt

_____
Complainant's signature

Aida Gonzalez, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.
Date: 5/6/2015

_____
Judge's signature

City and state: McAllen, Texas

Dorina Ramos, Magistrate Judge
Printed name and title

Attachment I

BP Agents recovered the bundles, the bicycles, and transported them, along with GONZALEZ-Reyes to the Rio Grande City BP Station for further processing. The four bundles of marijuana weighed approximately 150 kilograms.

On May 6, 2015, at approximately 2:45 a.m., DEA SAs Aida Gonzalez, Ashley Brazelton, and Antonio De La Cruz responded to the Rio Grande City BP station to interview GONZALEZ-Reyes. SA Gonzalez, as witnessed by SAs Brazelton and De La Cruz, read GONZALEZ-Reyes his Miranda rights. GONZALEZ- Reyes acknowledged his rights and agreed to answer the agents' questions.

GONZALEZ-Reyes stated that he had wanted to cross illegally into the U.S. to go to Austin, TX to his wife and children. GONZALEZ-Reyes stated that some unknown male individuals from Camargo, Tamaulipas, MX, offered to cross him without charge if he agreed to act as a scout while they were smuggling marijuana into the U.S. GONZALEZ-Reyes stated that he was on a bike with another male, keeping an eye out for police or airplanes, while four other smugglers on bikes carried the bundles of marijuana.